**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19225

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John P. Gallegos<br><br>Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br><br>Movant,<br>vs.<br><br>John P. Gallegos, Debtor;<br>David M. Reaves, Trustee.<br><br>Respondents. | No. 2:09-bk-16155-RJH<br><br>Chapter 7<br><br>Adversary Proceeding<br><br>Case No.: 2:09-ap-01355-RJH<br><br>ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. §523 AND §727, AND OBJECTIONS TO DISCHARGE |

Movant, Wells Fargo Bank, NA (hereinafter "Wells Fargo"), by and through its counsel, Tiffany & Bosco, P.A., for causes of action against the Respondents named above, alleges and complains as follows:

/ / /

-1-

## THE PARTIES AND JURISDICTION

1. Movant seeks to determine the dischargeability of certain debts pursuant to Bankruptcy Rules 4007 and 7001(6), and bring this adversary proceeding pursuant to 11 U.S.C. § 523(a)(2) and (4), 11 U.S.C. § 727(a)(4), and 11 U.S.C. § 105(a).

2. John P. Gallegos (hereinafter "Respondent") filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 13, 2009.

3. The question of Respondent's discharge has not as of this date been determined.

4. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and § 157(b).

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

6. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I) and (J).

## FACTUAL ALLEGATIONS-ANGEL ROAD PROPERTY

7. The parcel of real property at issue in this adversary proceeding is commonly known as 141 Lost Angel Road, Boulder, Colorado, 80302 (hereinafter the "Angel Road Property"), which is legally described as follows:

> Lot 8, PRIDE OF THE WEST, County of Boulder, State of Colorado. Known & Numbered as: 141 Lost Angel Road; Boulder, CO 80302

8. Respondent borrowed against the Angel Road Property on at least two occasions. Loan No. 0146876461 is a Promissory Note in the original principal balance of $400,000.00, dated August 25, 2005, secured against the Angel Road Property. Loan No. 0157234931 is a Promissory Note dated December 27, 2006, in the original principal balance in the amount of $495,000.00, secured by a Deed of Trust against the Angel Property.

9. Upon information and belief, Respondent acting through title agencies owned and/or controlled by Waunita Weingart and/or Respondent closed at least eighteen loans allegedly secured by the Angel Road Property from 1999 through 2008 in excess of $6.7 million. Upon information and belief, these title agencies include Colorado County & Community Title, LLC and Real Estate Title, LLC.

10. Upon information and belief, the title agencies owned and/or controlled by Waunita Weingart and/or Respondent did not use the loan proceeds to satisfy prior encumbrances upon the Angel Road Property. Rather, upon information and belief, the loan proceeds were either converted or were used at least in part to debt service the numerous loans on the Angel Road Property for some period of time.

11. Upon information and belief, the title agencies owned and/or controlled by Waunita Weingart and/or Respondent either did not record or did not timely record the multiple deeds of trust on the Angel Road Property. Many of said deeds of trust were recorded years after the date of execution or were not recorded at all.

12. Upon information and belief, the title agencies owned and/or controlled by Waunita Weingart and/or Respondent did not disclose the existence of the untimely recorded or unrecorded deeds of trust to Wells Fargo, or any of the other lenders with a purported interest in the Angel Road Property.

13. On February 25, 2009, Wells Fargo Bank, N.A., as Trustee of the Security National Mortgage Loan Trust 2005-2, caused a foreclosure sale of the Property to be conducted pursuant to a deed of trust dated October 12, 2000 and recorded on April 22, 2002 at Reception No. 02038658 in the office of the Clerk and Recorder of Douglas County, Colorado. This foreclosure sale extinguished the Deeds of Trust of Wells Fargo on the Angel Road Property. As a result, Wells Fargo was left with no security interest in the Angel Road Property.

14. Upon information and belief, due to the pattern of fraud committed over the last ten years by Respondents and their title agents, multiple deeds of trust, both recorded and unrecorded, were executed purportedly securing in excess of $6.7 million of loans payable to numerous lenders on the Angel Road Property. Upon information and belief, nearly all of these deeds of trust were intended by the lenders to represent first position liens on the Angel Road Property, which was valued at $431,303.00 according to the most recent valuation of the Douglas County Assessor's Office.

## **FIRST CAUSE OF ACTION**

15. Based upon the facts set forth herein, Respondent's debt on the Wells Fargo Loans are non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and (4), and 11 U.S.C. § 727(a)(4).

16. Pursuant to the terms of the subject Promissory Notes and Deeds of Trust for the Wells Fargo Loans, Wells Fargo is entitled to an award of attorneys' fees and costs incurred herein.

## **PRAYER**

WHEREFORE, Movant prays for judgment on all causes of action set forth herein as follows:

1. For an order determining that Respondent's respective debts referenced herein are nondischargeable pursuant to 11 U.S.C. § 523(a)(2) and (4);

2. For an order denying the entire discharge of Respondent pursuant to 11 U.S.C. § 727(a)(4);

3. For an award of attorneys' fees incurred herein;

4. For costs of court;

5. For any and all additional relief deemed appropriate by this Honorable Court.

DATED this 19th day of October, 2009.

                TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
   Mark S. Bosco
   Leonard J. McDonald
   2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
   Attorneys for Movant

Copy of the foregoing was
mailed on October 19, 2009, to:

John P. Gallegos
20606 N. Tammy St.
Maricopa, AZ 85238
Debtor

Leonard V. Sominsky
3839 N. 3rd Street
Suite 205
Phoenix, AZ 85012
Attorney for Debtor

David M. Reaves
P.O. Box 44320
Phoenix, AZ 85064-4320
Trustee

Colorado State Deparment of Revenue
1375 Sherman St. Rm #409
Denver, CO 80261

Internal Revenue Service
Spec Proc MS# 5082PX
210 East Earll Dr BK Disc
Phoenix, AZ 85012-9863

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: Paula D. Hillock
R:\WP\LJM\Bankruptcy\Gallegos\09-25956_ADVCOMPLAINT.DOC

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19225

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-16155-RJH |
| John P. Gallegos | Chapter 7 |
| Debtor. | Adversary Proceeding |
| Wells Fargo Bank, N.A. | Case No.: 2:09-ap-01355-RJH |
| Movant, vs. | NOTICE OF FILING AND SERVICE OF ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. §523 AND §727, AND OBJECTIONS TO DISCHARGE |
| John P. Gallegos, Debtor; David M. Reaves, Trustee. | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that the above Movant has filed an Adversary Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and §727, and Objections to Discharge, the details of which are as follows:

-1-

Movant asserts that Defendants misrepresented and omitted important information in obtaining the line of credit. Therefore, Plaintiff is entitled to an Order of Non-Dischargeability of the debt.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

>Wells Fargo Bank, N.A.
>c/o Mark S. Bosco, Esq.
>2525 East Camelback Road, Suite 300
>Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 19th day of October, 2009.

            TIFFANY & BOSCO, P.A.

            By /s/ MSB # 010167
              Mark S. Bosco
              Leonard J. McDonald
              Attorneys for Movant

1  Copy of the foregoing was
   mailed on October 19, 2009, to:
2
3  John P. Gallegos
   20606 N. Tammy St.
4  Maricopa, AZ  85238
5  Debtor

6  Leonard V. Sominsky
   3839 N. 3rd Street
7  Suite 205
8  Phoenix, AZ  85012
   Attorney for Debtor
9
10 David M. Reaves
   P.O. Box 44320
11 Phoenix, AZ  85064-4320
   Trustee
12
13 Colorado State Deparment of Revenue
   1375 Sherman St. Rm #409
14 Denver, CO 80261

15 Internal Revenue Service
   Spec Proc MS# 5082PX
16 210 East Earll Dr BK Disc
17 Phoenix, AZ 85012-9863

18 U.S. Trustee
19 230 North 1st Avenue, Suite 204
   Phoenix, AZ 85003-1706
20
   By:  Paula D. Hillock
21 R:\WP\LJM\Bankruptcy\Gallegos\09-25956_ADVCOMPLAINT.DOC

-3-